UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


**MERYEM KETTANI**
**9312 Piney Branch Road**
**Apt. 105**
**Silver Spring, MD 20903**

**BRAELIN HOWARD**
**10236 Capitol View Avenue**
**Silver Spring, MD 20910**

      **Plaintiff,**                                      Civil Action No.: 8:23-cv-54

**v.**

**LONGHOME PRODUCTS**
**26 Marbury Dr.**
**Crownsville, MD 21032**

      **Defendant.**

---

## COMPLAINT

---

Plaintiffs Meryem Kettani and Braelin Howard, for their complaint against LONGHOME Products (hereinafter "LONGHOME") respectively avers as follows:

### INTRODUCTION

This is a classic case of workplace collapse. LONGHOME turned a blind eye in favor of a tenured Director that it knew, actively solicited sexual relationships from subordinate employees. Employees that the LONGHOME Director believed were most vulnerable. LONGHOME chose to ignore its Director's behavior, and instead, put its own interests over the safety of its employees.

### PARTIES

1. Plaintiff Meryem Kettani is a resident of Maryland.

2. Plaintiff Braelin Howard is a resident of Maryland.

3. Defendant LONGHOME is a business principally based in state of Maryland.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over Plaintiffs' claims under 28 U.S.C. § 1331.

5. Venue is proper under 28 U.S.C. § 1391(b) because Defendant conducts business, and can be found in this judicial district.

6. The events giving rise to the claims in this action occurred in this judicial district.

7. Plaintiffs have exhausted all administrative remedies with the Equal Employment Opportunity Commission and are in possession of a Notice of Right to Sue.

## FACTUAL BACKGROUND

### Will Allen Freely Used his Position at LONGHOME
### To Build and Maintain Quid-Pro-Quo Sexual Relationships

8. Will Allen was LONGOME's Contact Center Director. Allen oversaw all employees in LONGHOME's call center.

9. Allen frequently engaged in quid-quo-pro sexual relationships with female employees in the call center. Allen' routinely propositioned employees for sex at LONGHOME and it was known by various employees at LONGHOME. Allen used his position as Director at LONGHOME, to recruit and maintain sexual relationships with subordinate female LONGHOME employees.

10. Allen's method to recruit new sexual relationships from subordinate employees was always well planned. Allen, using his office at LONGHOME, recruited female employees whom he believed were most vulnerable. This included, but not limited to, female subordinates who were financially and emotionally strained.

11. Allen's method to lure sexual relationships also included harassing male subordinate employees. Harassing subordinate male employees was a ploy for Allen to intimidate

2

subordinate male employees, such that they would not interfere with Allen's quid-pro-quo operation at LONGHOME.

### *Meryem Kettani fell Victim to Allen's Operation at LONGHOME*

12. Meryem Kettani began working as a Marketing Specialist for LONGHOME in December 2021. Kettani reported to Tucker Gibbs and Keith Parsons. Allen was the Director and his subordinates were Keith and Tucker.

13. Kettani was paid $18.00 per hour, plus additional commissions. Kettani earned commissions through each "demo." Demos occur after a LONGHOME Sales Representative travels to a homeowner's home, and demonstrate LONGHOME products to the homeowner.

14. Kettani was responsible for setting up the demonstration appointments. Commissions ranged from $40.00 to $80.00 per demonstration.

15. Kettani was married when she began working for LONGHOME. But she was later divorced in February 2022. Consequently, in February 2022, she a few weeks of leave.

16. Kettani was emotionally distraught about the divorce and informed Allen that she needed to take time off due to the divorce. Allen approved the time off.

17. When Kettani came back, Allen began to aggressively target Kettani with sexual advancements. Allen began his grooming tactics, and told Kettani that he was "in her corner." Allen told Kettani that they should be "friends."

18. In or about March 2022, Allen called Kettani into his office and a credible source told him that Kettani's ex-husband was coming to LONGHOME to fight another co-worker named Morris because Morris and Kettani were romantically involved. But the story was fabricated by Allen. Allen used the fake story as a ploy to get Kettani to discuss her personal life.

19. After this episode, Kettani reported Allen's conduct to a Marketing Manager named Kay. Kay reported to Allen.

20. Kettani complained to Kay about Allen calling Kettani into Allen's office and Allen creating allegations about Kettani's ex-husband. Kay told Kettani that Allen's behavior was bizarre. But Kay did nothing because she is friends with Allen.

21. In March 2022, Kettani also complained to her supervisor Tucker about Allen. Tucker reports to Kay. Kettani told Tucker that Allen created false rumors and allegations about Kettani's ex-husband and false allegations that Kettani was romantically involved with other co-workers. Kettani also told Tucker that she reported Allen's conduct to Kay and another LONGHOME recruiter named Charles.

22. In or about March 2022, Allen pulled Kettani into the office and told her, "a reliable source told [Allen] that [Kettani] wants to sleep with co-workers."

23. After this episode, Kettani reported Allen's actions to Kay again. Kay said that these statements were none of Allen's business and it was a human resources issue.

24. Kettani was told by another male co-worker named Morris that Allen continuously harassed Morris. Morris told Kettani that Allen constantly asked him whether he sleeps with other co-workers.

25. Morris told Kettani that Allen approached him and asked him about whether he was sleeping with Kettani.

26. Allen's modus operandi or propensity was to probe male employees, including Morris about whether their intentions and whether the other male co-workers were sexually involved with female co-workers, Allen was actively pursuing.

27. In or about March 2022 to April 2022, Allen asked Kettani to meet with Allen in his office. During the meeting, Allen told Kettani that he had "been thinking about this for a long time and finally had the courage to tell [Kettani]." Allen told Kettani that he wants to "be there for her."

28. Allen told Kettani not to "look at [Allen] as a supervisor." Allen told Kettani to look at him like a "friend that can take care of you." Allen told Kettani, "I can help you. I can get you in a nice spot. I can get you in a nice car." After thinking it was a joke, Allen reiterated, "no, no, no... this is real." Kettani vehemently rejected Allen's offer.

29. After rejection, Allen became more and more persistent. Allen continuously called Kettani into his office to offer her a place to stay and a car, in exchange for sex. Allen would state, I know you really need this."

30. Will offered Kettani an "NDA' (Non-Disclosure Agreement) to sign. Allen routinely offered NDA's to LONGHOME employees, as part of Allen's quid pro quo strategy.

31. In April 2022, Kettani complained about Allen's harassment. Kettani complained to Charles about Allen sexual harassing Kettani. However, nothing was done.

32. Kettani also complained to her supervisors Tucker and Keith about the sexual harassment. But neither did anything to stop it. Tucker and Keith knew about Allen engaging in quid quo pro relationships with employees.

33. In or about April 2022, Allen put two twenty-dollar bills on Kettani's desk and stated, "there's more where that came."

34. Wanda, another LONGHOME co-worker, maintained a sexual relationship with Allen. This fact was widely known at LONGHOME.

35. Wanda was paid by Allen for a sexual relationship.

36. In or about mid-to-late April 2022, Wanda began harassing Kettani. Wanda knew that Allen propositioned Kettani for sex. Consequently, Wanda profusely verbally attacked Kettani. Wanda routinely called Kettani a "bitch."

37. During a meeting held by Allen and Kay to discuss Wanda's abuse towards Kettani, Wanda blurted to Kettani, "everyone knows you are sleeping with Will."

38. In or about June 2022, Allen began manipulating Allen's pay. Allen reassigned Kettani to different campaigns to reduce her pay.

39. In July 2022, Kettani reported the harassment from Allen and Wanda to Isabelle, another Manager. She reported the sexual harassment from Allen and that harassment from Wanda. In response, Isabelle did not say much. But she stated that she would investigate it.

40. In July 2022, Kettani reported the sexual harassment from Allen and Wanda to Jimmy in Human Resources. Jimmy told Kettani that it was not his first-time hearing about Allen propositioning women for sex in the workplace. Jimmy informed Kettani that he would investigate.

41. In or around August 2022, the harassment from Wanda became so unbearable, Kettani informed Allen that she would talk to Human Resources about Wanda. However, Allen and Kay told Kettani that if she reported Wanda, Kettani would be immediately fired.

42. At the end of August 2022, Kettani approached Jimmy again. Kettani told Jimmy about how the situation with Wanda started to become unbearable. But Jimmy told Kettani that he was personally stopped from investigating her allegations because Jimmy is from Egypt and Kettani is from Morocco. Jimmy told Kettani that management thought there was a conflict of interest because both are from North Africa. Consequently, Jimmy told Kettani that he would talk to Tucker about the allegations and work with Susan from Human Resources about Kettani's allegations

43. Given the hostile work environment, Kettani provided LONGHOME with a two-week notice of resignation on September 6, 2022. But Jimmy and Tucker asked Kettani to stay on.

44. On the same day as the two-week notice, and approximately 15-20 minutes after Kettani gave two-week notice to Tucker and Jimmy, Allen set up a random meeting with Kettani. Present during the meeting was Allen, Tucker, Keith, and Susan.

45. During the meeting, Allen asked Kettani why she didn't come to work the past few days. Allen continued to accuse Kettani of attendance issues.

46. During the meeting, Jimmy and Tucker told Kettani that she could work from home. Allen opposed it.

47. After Kettani started working from home, Allen began manipulating Kettani's work leads. More specifically, Allen placed Kettani in a worse lead que, and provided her with old campaigns. Allen's conduct affected Kettani's pay and commissions.

48. On September 10, 2022, Allen organized a meeting with all the supervisors. Present during the meeting were Tucker, Susan, Jimmy and Keith. During the meeting, Allen started raising allegations about Kettani's attendance and performance.

49. Kettani was suspended on September 28, 2022.

50. On September 29, 2022, Allen terminated Kettani.

### Braelin Howard fell Victim to Allen's Operation at LONGHOME

51. Braelin Howard began working as a call center agent at LONGHOME in April 2022. Howard reported to Tucker Gibbs and Keith Parsons. Howard was paid $18.00 per hour, plus commissions.

52. On his first day at LONGHOME, Howard was approached by Wanda. Wanda eventually told Howard that she had an ongoing sexual relationship with Allen.

53. Weeks later, Wanda informed Howard that Allen had been hovering or circling Howard's desk because Allen sensed that Howard and Wanda had a relationship. Consequently, Howard stopped talking to Wanda altogether. Notwithstanding, Howard's relationship with Allen progressively got worse.

54. In or around August 2022 to September 2022, Allen held a series of one on one discussions with Howard. During each conversation with Howard, Allen consistently probed Howard

about Wanda and other female co-workers in the office. Allen probed Howard about whether he was having a sexual relationship with Wanda and other female co-workers. Howard told Howard that he was not.

55. Allen consistently probed Howard about whether he was sleeping with other call center employees in the office. Specifically, Allen asked Howard if he was sleeping with another employee named Arieanna. While working at the call center, Allen routinely walked up to Howard and asked him, "where is Arieanna?"

56. Howard consistently told Allen that he was not involved with anyone at the call center, including Arieanna. But Allen repeatedly told Howard that he was "watching" Howard. Allen threateningly told Howard, "I'm watching you. I'm watching you."

57. Allen regularly probed Howard about whether Howard was involved with other female employees at the office. At one point, Allen offered Howard an NDA to provide to other female co-workers in the office. Howard, confused by Allen's behavior, emphatically stated no.

58. Howard became increasingly uncomfortable around Allen.

59. In or about September 19, 2022, Howard reported to Tucker that Allen was acting like a "predator" by "offering women money." Howard told Tucker that Allen was constantly "probing [Howard] about whether he was having sex" with women in the office. Tucker told Howard to speak with Keith about the same allegations. Howard told Keith. Tucker confirmed to Howard that they were aware of other incidents involving Allen and female call center employees.

60. On or about September 30, 2022, Allen summoned Tucker and Howard into his office for a meeting.

61. With all parties present, Allen profusely apologized to Howard for "awkward situations that [Allen] put him in," and "in any situation with Arieanna and anyone" Allen apologized and said that he would never "step to another man's girl."

62. Allen apologized to Howard and told him that "[Allen] owned his shit." Allen told Howard that "regardless of what happens, I still have respect for you."

63. Howard confronted Allen about Allen's aggressive nature with female subordinate employees. Howard confronted Allen about Allen's propensity and strategy to lure female subordinate employees for sexual relationships.

64. During the meeting, Howard stated that he was no longer "comfortable" working under Allen and that he did not feel "safe about [Howard's] job."

65. During the meeting, Allen stated that "he definitely shouldn't have said the things that he said."

66. During the meeting, Human Resources official Kay walked into the room.

67. Despite the complaint, Howard was forced to continue working under Allen. LONGHOME never took any action against Allen.

### LONGHOME Terminated Allen and Wanda after
### Allen's Behavior was no longer Manageable

68. On October 3, 2022, LONGHOME finally terminated Allen and Wanda.

69. Allen was terminated for recruiting and maintaining quid-pro-quo sexual relationships with subordinate employees at LONGHOME.

### CAUSES OF ACTION

### Count 1: Title VII of the Civil Rights Act of 1964
### Hostile Work Environment
### (Applicable to all Plaintiffs)

70. Plaintiffs incorporate every preceding paragraph as alleged above.

71. Plaintiffs were subject to discriminatory severe or pervasive conduct in their place of employment based on Plaintiffs' sex.

72. WHEREFORE, Plaintiffs pray for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

**Count 2: Title VII of the Civil Rights Act of 1964**
***Retaliation***
***(Applicable to Kettani)***

73. Plaintiff incorporates every preceding paragraph as alleged above.

74. Plaintiff was subject to unlawful termination after complaining of discrimination.

75. WHEREFORE, Plaintiff prays for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

**JURY DEMAND**

**PLAINTIFFS DEMAND TRIAL BY JURY**

Dated: January 9, 2022

By: */s/Ikechukwu Emejuru*
    Ikechukwu Emejuru
    **Emejuru Law L.L.C.**
    8403 Colesville Road
    Suite 1100
    Silver Spring, MD 20910
    Telephone: (240) 638-2786
    Facsimile: (240)-250-7923
    iemejuru@emejurulaw.com